UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN DIVISION

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
*Plaintiff*,

v.

NOAH STEINBERG,
ENRIQUE REYES CARRION,
GERSHON TANNENBAUM,
JAY M. VERMONTY,
*Defendants*,
and
CARMEN VERMONTY,
*Relief Defendant*

CV 99 6050 (ARR) (JMA)

*Application granted.*
*So ordered.*
USDJ
8/22/05

cc: parties

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 25 2005 ★

BROOKLYN OFFICE

## PLAINTIFF COMMISSION'S NOTICE AND MOTION TO DISMISS DEFENDANT ENRIQUE REYES CARRION

The Plaintiff United States Securities and Exchange Commission notices and moves to dismiss Defendant Enrique Reyes Carrion due to the fact that the Commission has been informed by his counsel, E. Warren Goss III of Boulder, Colorado that Mr. Carrion has died.

Respectfully submitted,

Carl A. Tibbetts
_____
Carl A. Tibbetts (CT 3248)
Assistant Chief Litigation Counsel
U.S. Securities & Exchange Commission
450 Fifth St., N.W., Stop 9-11
Washington, D.C. 20549-0911
Telephone: (202) 942-4817
Facsimile: (202) 942-9581

Dated: April 15, 2005, at Washington, D.C.

## Certificate of Service

The undersigned attorney hereby certifies that on the 15th day of April, 2005, he caused to be served by First Class United States Mail, postage prepaid a copy of the Plaintiff United States Securities and Exchange Commission's Notice and Motion to Dismiss Defendant Enrique Reyes Carrion, addressed to the following:

Jay Vermonty and Carmen Vermonty
148-18 Laburnum Avenue
Flushing, New York 11355

Gershon Tannenbaum
927 51st Street
Brooklyn, New York 11219

Carl A. Tibbetts

Carl A. Tibbetts