UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,                                     :          99-CV-6050 (ARR)(JMA)

                                                :
                          Plaintiff,            :
                                                :          NOT FOR ELECTRONIC
          -against-                             :          OR PRINT
                                                :          PUBLICATION
                                                :
NOAH STEINBERG, GERSHON TANNENBAUM, JAY :
M. VERMONTY,                                    :          OPINION AND ORDER
                                                :
                          Defendants,           :
and                                             :
                                                :
CARMEN VERMONTY,                                :
                                                :
                          Relief Defendant.     :
------------------------------------------------------------------- X

ROSS, United States District Judge:

        The court has received the Report and Recommendation on the instant case dated March

1, 2007, from the Honorable Joan M. Azrack, United States Magistrate Judge. No objections

have been filed. Having conducted a review of the record, the court hereby adopts the Report

and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. §

636(b)(1).

1

Accordingly, the court grants plaintiff summary judgment as to defendants Gershon

Tannenbaum and Jay Vermonty. The court denies plaintiff summary judgment as to defendant

Carmen Vermonty. In addition, the court dismisses without prejudice the case against Noah

Steinberg.

The court further refers the case to Magistrate Judge Azrack to conduct a damages inquest

and issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

SO ORDERED.

_____
Allyne R. Ross
United States District Judge

Dated: March 26, 2007
       Brooklyn, New York

SERVICE LIST:

*Plaintiff's Attorney:*
Carl A. Tibbetts
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549-4631

*Defendants' Attorney:*
Stephen R. Hill
41 Hilton Ave.
Hempstead, NY 11550

cc:      Magistrate Judge Azrack